NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7075

BERTHA G. DAVIDSON,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-2070, Judge Ronald M. Holdaway.

ON MOTION

O R D E R

Upon consideration of the Secretary of Veterans Affairs' motion for an extension of time, until June 19, 2009, to file his brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN - 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Bertha G. Davidson
      Michael D. Austin, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 09 2009

JAN HORBALY
CLERK